AUGUST 13, 1801.

# Wm. Berry *v.* Hezekiah Keatan.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Franklin county.*

Where an execution, which issued on a replevy bond, required the sheriff to make interest on the damages and costs, which the obligors in the bond did not undertake to pay, the execution must be quashed.

By the replevy bond, Berry is not bound to pay interest on the amount of the damages and costs for which judgment was obtained against him, but by the execution which has issued on the bond he is subjected to the payment of interest, which is therefore erroneous. Therefore, it is considered by the court, that the execution aforesaid be quashed and made void, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the said court.